IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:20CR3098** |
| vs. | |
| TREVOR HANSEN, | **ORDER** |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion to modify the conditions of pretrial release, (Filing No. 22), is granted.

2) Defendant is permitted to have contact with his sister's minor children provided another adult is present at all times. In all other respects, the conditions of release remain the same.

Dated this 22nd day of April, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge